UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Crim. No. 10-324 (SDW) |
|---|---|
| vs. | ORDER ~~GRANTING~~ *Denying* DEFENDANT'S REQUEST FOR EARLY TERMINATION FROM PROBATION |
| LUYUM CATHERINE SHEN, | |
| Defendant | |

THIS MATTER having been brought before the Court on the letter application dated July 2, 2012 of the defendant (through her counsel, Richard J. Sapinski, Esq.) seeking the early termination of the three year term of probation imposed by the Court on the defendant by the Judgment filed November 4, 2010, and the Court having considered the matter and it being represented to the Court by counsel that both the U.S. Probation Office and the U.S. Attorney's Office have been notified of this application and neither having notified the Court of any objection to it,

IT IS on this 5th day of July, 2012 *Denied*

ORDERED that the defendant's request is ~~GRANTED~~ and the period of probation imposed as part of the Court's Judgment is hereby terminated.

_____
HON. SUSAN D. WIGENTON
United States District Judge