UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> LUYUM CATHERINE SHEN, <br><br> Defendant | Crim. No. 10-324 (SDW) <br><br> **ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION FROM PROBATION** |

THIS MATTER having been brought before the Court on the letter application dated November 14, 2012 of the defendant (through her counsel, Richard J. Sapinski, Esq.) seeking permission for the defendant to travel to Taiwan from January 17, 2013 to February 12, 2013 to visit her elderly mother who is ill and currently in the hospital in Taiwan, and the Court having considered the matter and it being represented to the Court by counsel that both the U.S. Probation Office and the U.S. Attorney's Office have been notified of this application and have no objection to it,

IT IS on this 15th day of November, 2012

ORDERED that the defendant's request is GRANTED.

_____
HON. SUSAN D. WIGENTON
United States District Judge